# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>10931 Fairfax Court, Thornton, CO 80233<br>more fully described in Attachment A, attached<br>hereto, and to include all out-buildings and vehicles<br>located thereon. | Case No. 16-sw-05234-KMT |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the ____State and____ District of ____Colorado____, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to register as a sex offender |

The application is based on these facts:

X  Continued on the attached affidavit, which is incorporated by reference.
☐  Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Kevin Cruz*
*Applicant's signature*

Kevin Cruz, Special Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and:  ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **Mar 25, 2016**

*Judge's signature*

**Kathleen M. Tafoya**
**United States Magistrate Judge**

City and state:  Denver, CO

*Printed name and title*

## ATTACHMENT A

## **DESCRIPTION OF LOCATION TO BE SEARCHED**

The Subject Premises is located at 10931 Fairfax Court, Thornton, Colorado 80233. The Subject Premises is at the southwest end of a cul-de-sac and according to Adams County Assessor records can be more particularly identified as a two story dwelling with 1344 square feet, a 672 square foot finished basement, and a 480 square foot attached two-car garage. There are six rooms total, three of which are bedrooms and two bathrooms. The Subject Premises has beige siding and brown trim covering the front of the home. There are three northeast-facing windows with curtains or blinds drawn on the second floor and two northeast-facing windows with curtains or blinds drawn on the first floor. Adjacent to the two northeast-facing windows is the only visible front door of the dwelling. The front door of the Subject Premises is light in color and is protected by a dark-colored screen door. The numbers 10931 can be seen posted on the siding between the dark-colored screen door and the two car garage. The only parking area for the Subject Premises is on the street, directly in front of the Subject Residence or the driveway and garage of the Subject Premises. The Subject Premises is listed by the Adams County Assessor as the property of Raul ESTRELLA and Margarita ESTRELLA. The location to be searched consists of the subject residence, surrounding property, and all vehicles and outbuildings located thereon.

## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

Erick ESTRELLA-Poblano and any documents relating to the identity, location, residence, or place of employment of Erick ESTRELLA-Poblano.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Special Deputy U.S. Marshal Kevin Cruz, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

1. I am a Deportation Officer (DO) with U.S. Immigration and Customs Enforcement (ICE) and have held that position for over eight years. I am currently assigned to ICE's Fugitive Operations Unit and am also a Task Force Officer (TFO) to the U.S. Marshals Service Colorado Violent Offender Task Force (COVOTF), wherein my duties and responsibilities include the investigation and apprehension of fugitives of justice.

2. I make this affidavit in support of an application by the United States of America for the issuance of a warrant to search the residential address of 10931 Fairfax Court, Thornton, Colorado 80233, as more fully described in Attachment A, for the items described in Attachment B.

3. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. I believe the information that I have set forth herein to be reliable based upon my investigation to date.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation. As provided below, I have set forth only the facts that I believe are necessary to establish probable cause that a person to be arrested, or evidence related to the location of a person to be arrested are present at the locations described.

## RELEVANT STATUTES

5. This investigation concerns alleged violations of 18 U.S.C. § 2250 relating to a failure to register as required under the Sex Offender Registration and Notification Act.

## FACTS SUPPORTING PROBABLE CAUSE

6. On 01/27/2016, an arrest warrant was issued in the U.S. District Court in Denver, Colorado calling for the arrest of Erick ESTRELLA-Poblano. The warrant is in connection with case number 16-cr-00043-MSK, which charges ESTRELLA-Poblano with violating 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender.

7. The U.S. Marshals Service Colorado Violent Offender Task Force (COVOTF) has been unable to successfully apprehend ESTRELLA-Poblano as of 02/19/2016, but has learned several keys facts during the course of this investigation that have resulted in this request for a search warrant.

8. On 03/04/2016, Deputy U.S. Marshal (DUSM) Brian Fielman and I interviewed the manager of an apartment complex located at 2550 West 91st Place, Denver, CO 80260. Information learned prior to interviewing the manager indicated that ESTRELLA-Poblano previously lived with his parents in Unit 3 of this complex. During the interview the manager was shown a photo of ESTRELLA-Poblano and the manager positively identified him as the tenant of Unit 3. The manager went on to further state that ESTRELLA-Poblano lived there with his parents, Raul and Margarita, and that they moved out from Unit 3 around August 2015. The manager also mentioned that ESTRELLA-Poblano helped move items out of Unit 3, and the manager recalled that they were moving out and "buying a house in Thornton." I asked the manager if they believed that ESTRELLA-Poblano was intending to move in with his parents at the new house in Thornton, and the manager stated that he lived with them in Unit 3 so it was probable that he would be living with them in Thornton as well.

9. On 03/22/2016, DUSM Brian Fielman and I met with a neighbor of the Subject Premises. I

identified myself as an ICE Officer and TFO with the U.S. Marshals Service and proceeded to show the neighbor photos of ESTRELLA-Poblano. This neighbor stated that he had seen someone there that matched the physical description for ESTRELLA-Poblano, but that the family at the Subject Premises was very private and he rarely saw any movement there at all. I provided the neighbor with my phone number and pictures of ESTRELLA-Poblano and asked that I be contacted should ESTRELLA-Poblano be seen.

10. On 03/23/2016 at 1730 hours I received a call from the spouse of the neighbor I had spoken with previously. During the phone call I was advised that an individual matching ESTRELLA-Poblano's physical description was currently outside the Subject Premises shoveling snow. To ascertain that the individual shoveling snow was in fact ESTRELLA-Poblano I asked the source to compare photos of ESTRELLA-Poblano to the person they were observing. After comparing the photos with the individual seen shoveling snow the neighbor was confident it was ESTRELLA-Poblano. To determine whether ESTRELLA-Poblano resides there I asked the neighbor if there were any vehicles in the street or driveway that would indicate that ESTRELLA-Poblano traveled to the Subject Premises to assist in shoveling snow. The neighbor stated there were no vehicles in the street or driveway and their block was inaccessible by vehicle due to the snow. This then led me to believe that ESTRELLA-Poblano was in the house at the time of the snowstorm and that he exited the home to assist in shoveling. Due to the inclement weather I could not respond to the Subject Premises to fully identify ESTRELLA-Poblano on that day.

11. Later that evening I again spoke with the neighbor and learned that ESTRELLA-Poblano was seen recently in and around the Subject Premises. This neighbor was again confident that the individual seen previously was ESTRELLA-Poblano. The neighbor further went on to state that the only vehicles they have ever seen at the Subject Premises were a 2005 red Chevy Impala (Colorado license plate 984-PTX) and a 2004 silver Nissan Maxima (Colorado

license plate 729-QHS). According to the neighbor, these vehicles are always parked in the garage and while ESTRELLA-Poblano's father typically drives the red Chevy Impala they associated ESTRELLA-Poblano with the silver Nissan Maxima. With this information I queried the vehicle license plates in CLEAR, an investigatory database, and learned that both vehicles are registered to Raul Valles ESTRELLA, ESTRELLA-Poblano's father, with an address of 2550 West 91st Place.

12. On 03/25/2016 at 0730 hours I was conducting surveillance of the Subject Residence from the north side of the nearest intersection, located at North 110th Avenue and Fairfax Circle. As the Subject Premises is located at the end of a cul-de-sac I was limited in locations for surveillance, but from my vantage point I could maintain visual observations on any vehicle entering or leaving the Subject Premises' cul-de-sac without compromising my position. Around 0740 hours I observed a silver Maxima traveling eastbound on North 110th Avenue and turning south on Fairfax Court. Due to the time of day and the position of the sun at that time there was substantial light shining on the face of the driver of the silver Maxima and I was able to identify a male matching the physical description of ESTRELLA-Poblano as the driver. The vehicle proceeded to turn south onto Fairfax Court, and upon doing so I was able to verify the plate on the silver Maxima as 729-QHS. After verifying the plate of the vehicle I drove my vehicle through the intersection of North 110th Avenue and attempted to follow the silver Maxima but was unable to find it in the street of the cul-de-sac or in any of the driveways on that block and I concluded that the vehicle was already parked inside the garage of the Subject Premises.

13. After this occurred I retreated from the cul-de-sac of the Subject Premises to my original location just north of the nearest intersection. There I maintained visual surveillance of Fairfax Court and contacted DUSM Brian Fielman and TFO David Jorgensen for backup. Within an hour both DUSM Brian Fielman and TFO David Jorgensen arrived to my location

and in an attempt to establish ESTRELLA-Poblano's physical presence in the home we conducted a rouse by which we knocked on the closest seven neighbor's homes, including the Subject Premises. After knocking on each of the seven neighbor's doors I made contact with four of the homeowners. I identified myself as an ICE Officer and a TFO with the U.S. Marshals Service and proceeded to show photos of ESTRELLA-Poblano to each individual. Although three of the neighbors had not seen ESTRELLA-Poblano at the Subject Premises they all mentioned that there is very little activity at the home so they couldn't verify if anyone lived there at all. The fourth neighbor was able to place ESTRELLA-Poblano at the Subject Premises and was confident that he resided there with Raul and Margarita.

14. While circling the cul-de-sac and interviewing neighbors myself, DUSM Brian Fielman, and TFO David Jorgensen also knocked on the door of the Subject Premises. After three separate sessions of repeated knocking I could hear noises from behind the door that most closely resembled the footsteps of someone walking either down a set of stairs or across an open floor. I also heard the noises coming increasingly closer to the front door but I could not visibly see any movement and did not hear noises of a door lock unlocking or opening. After failing to make contact with the occupant of the Subject Premises myself, DUSM Brian Fielman, and TFO David Jorgensen proceeded to the next closest house to the east of the Subject Premises. While at the neighbor's home both DUSM Brian Fielman and TFO David Jorgensen witnessed movement in the second floor center window, and TFO David Jorgensen was able to verify there was a male peering out the window in our direction and that the male appeared to match the physical description of ESTRELLA-Poblano.

15. After concluding interviews with all available persons residing in the cul-de-sac of the target premises myself, DUSM Brian Fielman, and TFO David Jorgensen retreated so as to avoid any further suspicion by ESTRELLA-Poblano or the other possible occupants of the Subject Premises.

## CONCLUSION

16. Based on aforementioned factual information, I respectfully submit that there is probable cause to believe that a person to be arrested, or evidence related to the location of a person to be arrested will be located within the residence at 10931 Fairfax Court, Thornton, Colorado 80233 as described in Attachment A.

17. I, therefore, respectfully request that the attached warrant be issued authorizing the search of the Subject Premises described in Attachment A and seizure of the items listed in Attachment B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

                                                  *s/ Kevin Cruz*
                                                  Kevin Cruz
                                                  U.S. Marshals Service

**Mar 25, 2016**
Sworn to before me this_____ day of March, 2016.

United States Magistrate Judge
**Kathleen M. Tafoya**
**United States Magistrate Judge**

**Application for search warrant was reviewed and is submitted by David Tonini, Assistant United States Attorney.**